I. DONALD WEISSMAN (Bar No. 67980)
dweissman@idwlaw.com
**WEISSMAN LAW FIRM**
P.O. Box 3627
Granada Hills, CA 91367
Telephone: (818) 705-5151

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**ALEX LUDO ASSOULINE**<br><br>Debtor, | CASE NO. **2:23-bk-12832** |
| **GALLARD THIERRY**, an individual,<br>**FRANÇOIS JEGOU**, an individual,<br>**NICOLAS Du POTY**, an individual,<br>**PASCAL La COSTA**, an individual,<br>**PHILIPPE LeCARPENTER**, an individual,<br>**LIOZON THIERRY**, an individual,<br>**YANNICK CLOU**, an individual,<br>**DENIS CRAPON**, an individual,<br>**HERVÉ SALMON**, an individual,<br>**LINOEL FRUH**, an individual,<br>**OLIVER VIRICEL**, an individual,<br>**JEAN PIERRE LOUVOT**, an individual,<br>**THIERRY DIETSH**, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>**ALEX ASSOULINE**,<br><br>Defendant. | **PLAINTIFFS' STATUS REPORT RE SERVICE OF ADVERSARY COMPLAINT AND FILING PROOF OF SERVICE**<br><br>Adv No. **2:23-ap-01380-DS**<br>Chapter 7<br><br>DATE: 2-22-2024<br>TIME: 11:30 A.M.<br>CTRM: 1639 |

After the filing of the Adversary Complaint Plaintiffs' counsel had Assouline served at the residence address he listed on the bankruptcy petition (and documents filed in the Los Angeles Superior Court action, Case No. 19STCV38183). Proof of Service was served and filed with the court. (Doc. 5).

At the last status conference with the court, it was noted service may have been made with an expired Summons. Plaintiffs sought issuance of a new Summons. Once issued, Assouline was served (again) at the address listed, 9903 Santa Monica Blvd., #221, Beverely Hills, CA 90212.

Attached to this Report is the original Proof of Service upon Assouline. He was served January 2. 2024.

DATED: January 9, 2024         Respectfully submitted,

                               I.DONALD WEISSMAN
                               **WEISSMAN LAW FIRM**

                               _____
                               Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

| | | |
|---|---|---|
| **Attorney or Party without Attorney:**<br>I.Donald Weissman, SBN: 67980<br>Weissman Law Firm<br>6351 Owensmouth Ave., Ste. 101-A<br>Woodland Hills, CA 91367<br>TELEPHONE No.: (818) 704-5151 | E-MAIL ADDRESS (Optional): DWEISSMAN@IDWLAW.COM<br>FAX No. (Optional): (818) 705-2634 | **FOR COURT USE ONLY** |
| **Attorney for:** Plaintiff Gallard Thierry, et al | Ref No. or File No.:<br>6206-2 | |

**Insert name of Court, and Judicial District and Branch Court:**
United States Bankruptcy Court - Los Angeles Division

**Plaintiff:** Gallard Thierry, et al.
**Defendant:** Alex Ludo Assouline

| **PROOF OF SERVICE** | HEARING DATE: 2/22/2024 | TIME: 11:30 AM | DEPT.: | CASE NUMBER: 2:23-bk-12832 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; COMPLAINT TO DETERMI E DISCHARGEABILITY OF DEBT AND FOR MONEY JUDGMENT; ADVERSARY PROCEEDING COVER SHEET**

**PARTY SERVED:** Alex Assouline

**BY LEAVING WITH:** Mo Nema - Person apparently in charge at the CMRA Served per CCP 415.20 (C)

**DATE & TIME OF DELIVERY:** 1/2/2024  4:40 PM

**ADDRESS, CITY, AND STATE:** 9903 Santa Monica Blvd #221
Beverly Hills, CA 90212

**PHYSICAL DESCRIPTION:**
Age: 65-70    Weight: 175    Hair: Salt and Pepper
Sex: Male    Height: 5'9"
Skin: Middle Eastern    Marks: Glasses

**MANNER OF SERVICE:**

Substituted Service - By leaving the copies with or in the presence of Mo Nema a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on 1/2/2023 from Beverly Hills, CA.

Fee for Service: $ 119.00
★    County:  Los Angeles
Registration No.:  2018029861
Amstar Express, Inc
509 Marin Street, # 237
Thousand Oaks, CA 91360
(888) 778-2711
Ref: 6206-2

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  January 4, 2024.

Signature: *Bonita Haller*
Bonita Haller
(Signature - Per CC §1633.7)

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: A38445/General